BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-cv-00092-LKK-DAD |
|---|---|
| Petitioner, | **JOINT REQUEST AND ORDER TO CONTINUE HEARING; AND ENTRY OF APPEARANCE** |
| v. | |
| ELAINE M. GOLDIE, | Taxpayer: ELAINE M. GOLDIE |
| Respondent. | **OLD HEARING DATE**<br>Date: March 2, 2012<br>Time: 10:00 a.m.<br>Ctrm: 8th Floor, Courtroom #27<br>Honorable Dale A. Drozd |
| | **NEW HEARING DATE**<br>Date: March 30, 2012<br>Time: 10:00 a.m.<br>Ctrm: 8th Floor, Courtroom #27<br>Honorable Dale A. Drozd |

Petitioner, the United States of America, and respondent, Ms. Elaine Goldie, through their undersigned counsel, jointly request continuance of the Order to Show Cause Hearing, currently scheduled for March 2, 2012, to March 30, 2012, at 10:00 a.m.

Nancy Ann Gibbons hereby enters her appearance as counsel for respondent. Her contact information is shown below.

//

//

| | | |
|---|---|---|
| Dated: March 1, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ *YHimel*<br>YOSHINORI H.T. HIMEL<br>Assistant U.S. Attorney |
| Dated:  March 1, 2012 | | */s/ Nancy Ann Gibbons*<br>NANCY ANN GIBBONS<br>2540 Camino Diablo, Ste. 200<br>Walnut Creek, CA   94597<br>(925) 280-1990<br>(915) 932-1961 (fax)<br>naglawfirm@aol.com |

## ORDER

It is APPROVED and SO ORDERED.

DATED: March 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\goldie0092.stip.cont.