```
BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ELAINE M. GOLDIE,<br><br>　　　　Respondent. | Case No. 2:12-cv-00092-LKK-DAD<br><br>**JOINT REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING**<br><br>Taxpayer: ELAINE M. GOLDIE<br><br>**OLD HEARING DATE**<br><br>Date: March 30, 2012<br>Time: 10:00 a.m.<br>Ctrm: 8th Floor, Courtroom #27<br>　　　Honorable Dale A. Drozd<br><br>**NEW HEARING DATE**<br><br>Date: April 27, 2012<br>Time: 10:00 a.m.<br>Ctrm: 8th Floor, Courtroom #27<br>　　　Honorable Dale A. Drozd |

　　　　Petitioner, the United States of America through its undersigned counsel and Ms. Elaine Goldie through her undersigned counsel, request continuance of the Order to Show Cause Hearing, currently scheduled for March 30, 2012, to April 27, 2012, at 10:00 a.m.

/////

/////

/////

| | | |
|---|---|---|
| Dated: March 27, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ *YHimel*<br>YOSHINORI H.T. HIMEL<br>Assistant U.S. Attorney<br>Counsel for Petitioner |
| | By: | /s/ *Nancy Ann Gibbons*<br>Nancy Ann Gibbons<br>Counsel for Respondent |

**IT IS SO ORDERED.**

DATED: March 28, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil\goldie0092.stip.cont2.wpd

Page 2