BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioner, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cv-00092-LKK-DAD |
| Petitioner, | **ORDER TO CLOSE FILE** |
| v. | Taxpayer: ELAINE M. GOLDIE |
| ELAINE M. GOLDIE, | |
| Respondent. | |

Petitioner filed a Notice of Compliance and Suggestion to Close File on April 26, 2012. Accordingly, good cause appearing, the Clerk of the Court is instructed to close this file.

It is SO ORDERED.

DATED: April 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.civil
goldie0092.prop.ord.closing.wpd